UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __17-16031__
Sosa, Anthony
Sosa, Stacey Parris     Chapter: __7__
    Judge: __CMG__

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street |
| --- | --- |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on __September 19, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 46 Covington Drive, Twin Rivers |
| --- | --- |
| | Hightstown, NJ |
| | FMV - +/-$224,681.00 |

| Liens on property: | Specialized Loan Servicing - $230,376.59 |
| --- | --- |
| | Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $-0- |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:     Daniel E. Straffi, Esq.
Address:     670 Commons Way Toms River, NJ 08755
Telephone No.:     732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Sosa  
Stacey Parris Sosa  
    Debtors

Case No. 17-16031-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin           Page 1 of 1           Date Rcvd: Aug 03, 2017  
                 Form ID: pdf905       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.
```
db/jdb         #+Anthony Sosa,    Stacey Parris Sosa,    46 Covington Drive,    East Windsor, NJ 08520-5339
cr              +United Teletech Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                  PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-2009
516761761       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
516727861       Chase Slate,    Cardmember Services,    PO Box 1425,    Charlotte, NC 28201-1425
516727864      +Pluese Becker, &Saltzman, L.L.C.,    Attorneys at Law,    2000 Horizon Way,    Suite 900,
                  Mount Laurel, NJ 08054-4303
516727866      +The Bank of New York Mellon/f/n/a Bank o,    c/o Twin RIvers Home Owners Association,,
                  c/o Kenneth A. White, Esq.,    1676 Route 27,    Edison, NJ 08817-3595
516727867      +United Federal Teletech Credit Union,    205 Hance Avenue,    Eatontown, NJ 07724-2764
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2017 22:47:05     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2017 22:47:01     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516756134      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 03 2017 22:43:03
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                  Irving, TX 75016-5028
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516727863       Mellon Bank
516727865       Sallie Mae
516727862*      Chase Slate,    Cardmember Services,    PO Box 1425,    Charlotte, NC 28201-1425
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
```
              Daniel E Straffi    on behalf of Trustee Daniel E Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Daniel E Straffi     dstraffi1@comcast.net,    dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificate holders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Emily L. Gosnell    on behalf of Joint Debtor Stacey Parris Sosa gosnellesq@aol.com
              Emily L. Gosnell    on behalf of Debtor Anthony  Sosa gosnellesq@aol.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```