Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–16031–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Sosa
46 Covington Drive
East Windsor, NJ 08520

Stacey Parris Sosa
46 Covington Drive
East Windsor, NJ 08520

Social Security No.:
 xxx–xx–7170                                                              xxx–xx–4573

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 14, 2017</u>                <u>Christine M. Gravelle</u>
                                                                Judge, United States Bankruptcy Court